# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0236
LT Case No. 2021-CA-3272

_____

MARY ANN LANCE,

    Appellant,

    v.

BRIGHTWATER HOMEOWNERS
ASSOCIATION, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for
Appellee.

May 28, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____